FILED

2026 May-05 AM 11:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cr-326-CLM-HNJ |
| | ) | |
| MAGNUS CLARK | ) | |

## SENTENCING MEMORANDUM

Magnus Clark, through counsel, submits this sentencing memorandum for the Court's consideration. Mr. Clark's sentencing guidelines range is 360 to 480 months. For the reasons outlined below, Mr. Clark respectfully requests that this Court impose a sentence of 360 months.

### BACKGROUND

Mr. Clark, who is 31 years old, is a lifelong resident of northeast Alabama. Heflin has been his home for most of his life, though he has also lived in Fruithurst and Muscadine. Mr. Clark was raised by his mother and father alongside his four sisters—two older step-sisters on his father's side, and two younger biological sisters. Theirs was a churchgoing family, and Mr. Clark was involved with his church youth group and sang in the church choir. (Exh. A, attach, letter from Leslie Clark; Exh. B, attached, letter from Reba Gay). Growing up, Mr. Clark struggled with ADHD and had an IEP in school. His grandmother, Reba Gay, notes that he tried hard but was bullied by his peers in school for being a slow learner and criticized by a coach for being sensitive. Mr. Clark's relationship with his father was also difficult. Mr. Clark recalls that they butted heads frequently, and his grandmother remembers that his father yelled at him a lot and once "threatened to knock his head off." Mr. Clark experienced depression and suicidal thoughts during high school and has periodically struggled with symptoms of depression in adulthood.

Since graduating from Heflin High School in 2013, Mr. Clark has held a variety of jobs, primarily at fast-food restaurants, grocery stores, and factories. He also worked private security for

1

Southwire, a power company in Helfin, for approximately two years.  Most recently, prior to his arrest for the instant offense conduct, Mr. Clark worked as a corrections officer at the Cleburne County Jail from April 2022 until June 2024.  In 2021, Mr. Clark married his ex-wife, Santana Payne, with whom he has a four-year-old son.

### ARGUMENT

A sentence of 360 months is sufficient, but not greater than necessary, to achieve the purposes of sentencing in this case.  Mr. Clark has accepted full responsibility for his offense conduct by pleading guilty in this case.  Mr. Clark is deeply remorseful for his actions, both in the acute harm that it has caused to his family and loved ones, and in the broader harm that it has caused to the children depicted in the images he possessed.  He is fully committed to pursuing all available treatment during his period of incarceration to ensure that he does not pose a risk of reoffending when he reenters the community and specifically requests that the Court recommend to the Bureau of Prisons that he be housed in a facility that can provide such treatment.  A sentence of 360 months would adequately account for the nature, circumstances, and seriousness of Mr. Clark's offense conduct, as well as his personal history and characteristics, including his lack of prior criminal history, his acceptance of responsibility, and his genuine remorse.  18 U.S.C. § 3553(a)(1).  Such a sentence would also be sufficient to promote respect for the law, provide just punishment, afford adequate deterrence, protect the public, and avoid unwarranted sentencing disparities.  *Id.* § 3553(a)(2)(A)-(C), (6).

### CONCLUSION

For all of the foregoing reasons, Mr. Clark respectfully requests a sentence of 360 months. Mr. Clark further requests that this Court recommend that he be housed as close to Heflin, Alabama as possible, at a facility that can provide sex-offender specific treatment.  Mr. Clark also requests that the Court recommend vocational training and/or participation in the UNICOR jobs program, so that

he can gain skills that will increase his employability and help him make meaningful payments towards

restitution upon his release.

Respectfully submitted,

KEVIN L. BUTLER
Federal Public Defender
Northern District of Alabama

**/s/ Courtney Murtha**
COURTNEY MURTHA
Assistant Federal Public Defender
505 20th Street North, Suite 1425
Birmingham, Alabama 35203
(205) 208-7170
courtney_murtha@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, I electronically filed the foregoing via this Court's

CM/ECF system, which will send notice of such filing to all counsel of record.

Respectfully submitted.

**/s/ Courtney Murtha**
COURTNEY MURTHA
Assistant Federal Public Defender